LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ESTHER LYNNE ROBERTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 2: 13-CR-0311 JAM |
| Plaintiff, | ) ) | **WAIVER OF DEFENDANT ESTHER** |
| vs. | ) ) | **ROBERTSON'S APPEARANCE AND** |
| ESTHER LYNNE ROBERTSON, | ) ) | **ORDER** |
| | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Defendant ESTHER LYNNE ROBERTSON hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when so ordered.

Defendant ESTHER LYNNE ROBERTSON hereby requests that the court proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of her rights under the

Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and she has authorized her undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without her being personally present.

Dated: December 9, 2013                    Respectfully submitted,


/s/ Esther Robertson
ESTHER LYNNE ROBERTSON
Defendant


 /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant,
ESTHER LYNNE ROBERTSON

## ORDER

**IT IS SO ORDERD.**


Dated: December 9, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE